UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  **Constance Jean Blackmon**                             CASE NO    **04-47703-H4-13**

                                                                CHAPTER    **13**

## SCHEDULE A (REAL PROPERTY)

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 14213 Jacquine<br>LT 5 BLK 26 BONAIRE SEC 5 | Homestead | J | $86,500.00 | $87,406.65 |
|  |  |  | **$86,500.00** | **$87,406.65** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE:  **Constance Jean Blackmon** | CASE NO | **04-47703-H4-13** |
| | CHAPTER | **13** |

# SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| | | | Total > | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Constance Jean Blackmon**                                  CASE NO   **04-47703-H4-13**

                                                                                                                 CHAPTER   **13**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| | | | Total  > | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Constance Jean Blackmon**                                      CASE NO   **04-47703-H4-13**

                                                                          CHAPTER   **13**

## SCHEDULE B (PERSONAL PROPERTY)
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Hyundai Elantra | - | $0.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| | | | Total > | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Constance Jean Blackmon**　　　　　　　　　CASE NO   **04-47703-H4-13**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER   **13**

# SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total > | $0.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Constance Jean Blackmon**　　　　　　　　　CASE NO **04-47703-H4-13**

　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **13**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☐ 11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| 14213 Jacquine<br>LT 5 BLK 26 BONAIRE SEC 5 | Const. Art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001, 41.002 | $0.00 | $86,500.00 |
| | | **$0.00** | **$86,500.00** |

IN RE: **Constance Jean Blackmon**          CASE NO **04-47703-H4-13**
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(If Known)

　　　　　　　Joint Debtor　　　　　　　　　　　　CHAPTER **13**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **x2605**<br><br>**BonAire Community Improvement Assoc**<br>**11822 Loyola**<br>**Cypress, TX 77429** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Homeowners Assoc. Fees**<br>COLLATERAL:<br>**14213 Jacquine**<br>REMARKS:<br><br>COLLATERAL VALUE:　　$86,500.00 | | | | $906.65 | $906.65 |
| Representing:<br>BonAire Community Improvement Assoc | | | **BonAire Community Improvement Assoc. Inc**<br>**11822 Loyola**<br>**Cypress, TX 77429** | | | | Notice Only | Notice Only |
| Representing:<br>BonAire Community Improvement Assoc | | | **Randall Management, Inc.**<br>**11415 Chimney Rock**<br>**Suite 208**<br>**Houston, TX 77035** | | | | Notice Only | Notice Only |
| Representing:<br>BonAire Community Improvement Assoc | | | **Randall Management, Inc.**<br>**11415 Chimney Rock**<br>**Suite 208**<br>**Houston, TX 77035** | | | | Notice Only | Notice Only |
| ACCT #: **x16-12**<br><br>**Diocese of Houston**<br>**1330 Blue Bell Road**<br>**Houston, Texas 77038** | X | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Homestead**<br>COLLATERAL:<br>**14213 Jacquine**<br>REMARKS:<br><br>COLLATERAL VALUE:　　$86,500.00 | | | | $82,000.00 | |

_____1_____ continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　　　Total for this Page (Subtotal) >　　$82,906.65　　$906.65
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Running Total >　　$82,906.65　　$906.65

| IN RE: | **Constance Jean Blackmon** | | CASE NO | **04-47703-H4-13** |
|---|---|---|---|---|
| | Debtor | | | (If Known) |
| | Joint Debtor | | CHAPTER | **13** |

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| ACCT #: **x16-12** <br><br> **Diocese of Houston** <br> **1330 Blue Bell Road** <br> **Houston, Texas 77038** | - | DATE INCURRED: **Various** <br> NATURE OF LIEN: **Arrearage claim** <br> COLLATERAL: **14213 Jacquine** <br> REMARKS: <br><br> COLLATERAL VALUE: **$86,500.00** | | $4,500.00 | |
| ACCT #: <br><br> **Hyundai Motor Finance** <br> **PO Box 20809** <br> **Fountain Valley, CA 92728** | - | DATE INCURRED: <br> NATURE OF LIEN: **Auto Loan** <br> COLLATERAL: **2003 Hyundai Elantra** <br> REMARKS: <br><br> COLLATERAL VALUE: **$0.00** | | $11,425.00 | $11,425.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Total for this Page (Subtotal) >** | | **$15,925.00** | **$11,425.00** |
| | | **Running Total >** | | **$98,831.65** | **$12,331.65** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Constance Jean Blackmon**  CASE NO  **04-47703-H4-13**

CHAPTER  **13**

# SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,925* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

IN RE: **Constance Jean Blackmon**
Debtor

Joint Debtor

CASE NO **04-47703-H4-13**
(If Known)

CHAPTER **13**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No. 1*

**TYPE OF PRIORITY** Administrative allowances

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Henri M. Cosey, Attorney at Law**<br>**1010 Lamar Street**<br>**Suite 1220**<br>**Houston, TX 77002** | | - | DATE INCURRED: **11/03/2004**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $1,250.00 | $1,250.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | Total for this Page (Subtotal) > $1,250.00 | $1,250.00 |
| | | | | | | | Running Total > $1,250.00 | $1,250.00 |

IN RE: **Constance Jean Blackmon**
Debtor

Joint Debtor

CASE NO **04-47703-H4-13**
(If Known)
CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xx-xxxx0948<br>**CCS**<br>**PO BOX 55126**<br>**BOSTON MA 02205-5126** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $166.78 |
| ACCT #: xxx-xx-3285<br>**FOLEY'S**<br>**PO Box 94508**<br>**Cleveland, OH 44101-4508** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**CREDIT CARD**<br>REMARKS: | | | | $288.67 |
| ACCT #: xxxxxxx-xxxxxxxxx2049<br>**Southwest Credit Systems, L.P.**<br>**5910 W. Plano Parkway**<br>**Suite 100**<br>**Plano, TX 75093-4638** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for SBC**<br>REMARKS: | | | | $122.07 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

_____**No**_____ continuation sheets attached

Total for this Page (Subtotal) >   **$577.52**
Running Total >   **$577.52**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Constance Jean Blackmon**               CASE NO   **04-47703-H4-13**

                                                   CHAPTER   **13**

# SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Constance Jean Blackmon**　　　　　　　　　　CASE NO　　**04-47703-H4-13**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　　**13**

# SCHEDULE H (CODEBTORS)

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Albert Maurice Blackman**<br>14219 Jacquine<br>Cypress, Texas 77429 | |
| **Albert Maurice Blackman**<br>14219 Jacquine<br>Cypress, Texas 77429 | **Diocese of Houston**<br>1330 Blue Bell Road<br>Houston, Texas 77038 |
| **Albert Maurice Blackman**<br>14219 Jacquine<br>Cypress, Texas 77429 | **Diocese of Houston**<br>1330 Blue Bell Road<br>Houston, Texas 77038 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Constance Jean Blackmon**　　　　　CASE NO **04-47703-H4-13**

CHAPTER **13**

# SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | | | | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Stock | |
| Name of Employer | Foley's | |
| How Long Employed | 23 years | |
| Address of Employer | 800 Gessner<br>Houston, Texas | |

| **Income:** (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $2,124.00 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| **SUBTOTAL** | **$2,124.00** | **$0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| 　A. Payroll taxes (includes social security tax if B. is zero) | $65.25 | $0.00 |
| 　B. Social Security Tax | $40.64 | $0.00 |
| 　C. Insurance | $108.73 | $0.00 |
| 　D. Union dues | $0.00 | $0.00 |
| 　E. Retirement | $0.00 | $0.00 |
| 　F. Other (specify) _____ | $0.00 | $0.00 |
| 　G. Other (specify) _____ | $0.00 | $0.00 |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$214.62** | **$0.00** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | **$1,909.38** | **$0.00** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
| 　1. _____ | $0.00 | $0.00 |
| 　2. _____ | $0.00 | $0.00 |
| 　3. _____ | $0.00 | $0.00 |
| *TOTAL MONTHLY INCOME* | **$1,909.38** | **$0.00** |

**TOTAL COMBINED MONTHLY INCOME   $1,909.38**　　　(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | **Constance Jean Blackmon** | CASE NO | **04-47703-H4-13** |
| | | CHAPTER | **13** |

# SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $850.00 |
| Are real estate taxes included?   ☑ Yes   ☐ No | |
| Is property insurance included?   ☑ Yes   ☐ No | |
| **Utilities:**  Electricity and heating fuel | $130.00 |
| Water and sewer | $30.00 |
| Telephone | $64.00 |
| Other: mobile phone | $60.00 |
| Home maintenance (repairs and upkeep) | $100.00 |
| Food | $125.00 |
| Clothing | $75.00 |
| Laundry and dry cleaning | $30.00 |
| Medical and dental expenses (not covered by insurance) | |
| Transportation (not including car payments) | $45.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| Charitable contributions | |
| **Insurance**  (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | |
| Life | |
| Health | |
| Auto | |
| Other: | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
| Auto | |
| Other: | |
| Other: | |
| Other: | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at debtor's home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other: | |
| Other: | |
| **TOTAL MONTHLY EXPENSES**  (Report also on Summary of Schedules) | **$1,509.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $1,909.38 |
| B. Total projected monthly expenses (including separate spouse budget if applicable) | $1,509.00 |
| C. Excess income (A minus B) | $400.38 |
| D. Total amount to be paid into plan each    *Monthly*    (interval) | $400.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Constance Jean Blackmon**    CASE NO **04-47703-H4-13**

CHAPTER **13**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $86,500.00 | | |
| B - Personal Property | Yes | 4 | $0.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $98,831.65 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $1,250.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $577.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,909.38 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,509.00 |

Total Number of Sheets of ALL Schedules  >  15

Total Assets  >  $86,500.00

Total Liabilities  >  $100,659.17